4

CAB-00-195

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by ? | Date 1-26-2001  9:20AM |
| NAME OF SERVER (PRINT) ED H. FINK | Title PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served. 502 Edmonton Ct., Brownsville, Tx

☐ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion residing therein. Name of person with whom the summons and complaint were left. _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
FEB 0 9 2001
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on  1-26-01
Date

EH Fink
Signature of Server

204 W. Ferguson #108, Pharr, Tx 78577
Address of Server


DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2002

SUBSCRIBED AND SWORN TO ME
ON THE 29 DAY OF JAN 19 2001

NOTARY PUBLIC

United States District Court
Southern District of Texas
RECEIVED
FEB 0 9 2001
Michael N. Milby, Clerk