United States District Court
Southern District of Texas
FILED

FEB 2 6 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| versus | § | Civil Action B-00-195 |
| | § | |
| Maria L. Miranda aka Lisa Bonacorsi Miranda | § | |
| aka Lisa Bonacorsi, aka | § | |
| Mariely Miranda Bonacorsi | § | |

REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the United States of America requests an entry of default against Maria L. Miranda aka Lisa Bonacorsi Miranda aka Lisa Bonacorsi, aka Mariely Miranda Bonacorsi in that the defendant has not filed an answer or other responsive pleading in this cause.

Respectfully submitted

BENNETT & WESTON, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## Certificate of Service

I certify that a true copy of the Request for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to Maria L. Miranda aka Lisa Bonacorsi Miranda aka Lisa Bonacorsi, aka Mariely Miranda Bonacorsi at 502 Edmonton Ct. Brownsville, TX 78520-6811, by (1) certified mail, return receipt requested, No. 7000 1530 0000 7347 4281, and (2) regular, first class mail on the 20th day of February, 2001.

*[signature]*

ClibPDF - www.fastio.com