

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| versus | § | Civil Action B-00-195 |
| | § | |
| Maria L. Miranda aka Lisa Bonacorsi Miranda | § | |
| aka Lisa Bonacorsi, aka | § | |
| Mariely Miranda Bonacorsi | § | |

## Motion for Default Judgment

The United States of America moves for default judgment.

1. Miranda was served pursuant to the Federal Rule of Civil Procedure. The proof of service is filed with the court.

2. Miranda has not filed an answer or otherwise defended the suit.

3. The debt owed the United States is:

    A.    Principal as of July 20, 1999:     $5,242.20

    B.    Interest as of July 20, 1999:     $4,584.04

    C.    Administrative, fees, costs, penalties     $87.00

    D.    Balance due as of July 20, 1999:     $9,877.24

    E.    Prejudgment interest accrues at 7.00% per annum, being $1.00 per day.

    F.    The current balance in 3A is after credits of $1,349.00

    F.    Attorney's fees     $1,000.00

Respectfully submitted

BENNETT & WESTON, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas  75234
Telephone: (214) 691-1776
FAX:  (214) 373-6810
Attorneys for the United States of America

## Certificate of Service

I certify that a true copy of the Request for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to Maria L. Miranda aka Lisa Bonacorsi Miranda aka Lisa Bonacorsi, aka Mariely Miranda Bonacorsi at 502 Edmonton Ct. Brownsville, TX 78520-6811, by (1) certified mail, return receipt requested, No. 7000 1530 0000 7347 4281, and (2) regular, first class mail on the 20th day of February, 2001.

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| versus § | Civil Action B-00-195 |
| § | |
| Maria L. Miranda aka Lisa Bonacorsi Miranda § | |
| aka Lisa Bonacorsi, aka § | |
| Mariely Miranda Bonacorsi § | |

## DEFAULT JUDGMENT

Maria L. Miranda aka Lisa Bonacorsi Miranda aka Lisa Bonacorsi, aka Mariely Miranda Bonacorsi failed to appear in this action after service.

It is adjudged that the United States of America recover from Maria L. Miranda aka Lisa Bonacorsi Miranda aka Lisa Bonacorsi, aka Mariely Miranda Bonacorsi:

A. Principal of $9,877.24, plus

B. Prejudgment interest from July 20, 1999, at $1.00 per day until the date of judgment, plus

C. Attorney's fees of $_____ and all costs of court, plus

D. Post-judgment interest at _____% per annum.

Signed _____, 2001.

_____
United States District Judge