

```
                                                    United States District Court
                                                    Southern District of Texas
                                                            FILED
        UNITED STATES DISTRICT COURT                   FEB 2 6 2001
        SOUTHERN DISTRICT OF TEXAS
            BROWNSVILLE DIVISION                      Michael N. Milby
                                                       Clerk of Court
```

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § | |
| versus § § | Civil Action B-00-195 |
| Maria L. Miranda aka Lisa Bonacorsi Miranda § aka Lisa Bonacorsi, aka § Mariely Miranda Bonacorsi § | |

### Nonmilitary Declaration

I am making this declaration pursuant to 28 U.S.C. § 1746:

I am attorney for the plaintiff, United States of America in this lawsuit. It appears that the defendant, Maria L. Miranda aka Lisa Bonacorsi Miranda aka Lisa Bonacorsi, aka Mariely Miranda Bonacorsi, has not been in military service for the United States subsequent to the date suit was filed.

This determination is based on an investigation of the Department of Education records, and the fact that all mail from this office to Maria L. Miranda aka Lisa Bonacorsi Miranda aka Lisa Bonacorsi, aka Mariely Miranda Bonacorsi name has been sent to and received at a civilian address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 20, 2001.

_____
Attorney for the Plaintiff