11

United States District Court
Southern District of Texas
FILED

MAR 2 0 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| versus | § | Civil Action B-00-195 |
| | § | |
| Maria L. Miranda aka Lisa Bonacorsi Miranda | § | |
| aka Lisa Bonacorsi, aka | § | |
| Mariely Miranda Bonacorsi | § | |

ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Maria L. Miranda aka Lisa Bonacorsi Miranda aka Lisa Bonacorsi, aka Mariely Miranda Bonacorsi in that the said defendant has not filed an answer or other responsive pleading in this cause.

Done this 20th day of March, 2001, at Brownsville, Texas.

Michael N. Milby, Clerk

By: _____
United States Deputy District Clerk