United States District Court
Southern District of Texas

NOV 29 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| versus | § | Civil Action B-00-195 |
| | § | |
| Maria Lisa Miranda | § | |

United States' Motion and Memorandum to Show Cause

United States of America moves for an order to Maria Lisa Miranda, also known as Maria Lisa Bonacorsi, ("Miranda"), to show cause why Miranda did not comply with the Court's order of August 25, 2004 and why she should not be required to pay the United States' attorneys' fees.

1. On August 26, 2004, the United States mailed a copy of the court's order of August 25, 2004, to Miranda, by certified mail, return receipt requested, and by first class mail. (Exhibit 1) The certified mail was returned signed.

2. Miranda was ordered to respond to interrogatories and requests for production served upon her by the United States by October 31, 2004. Miranda has not done so.

3. Miranda failed to comply with the court's order. The United States attempted to obtain compliance from Miranda but was unable to obtain compliance. The United States mailed Miranda a letter demanding she comply with the court's order on November 12, 2004. The United States attempted to contact Miranda by telephone on September 16, 2004, October 20, 2004, October 26, 2004, November 2, 2004, and November 12, 2004.

4. The United States requests that the court order Miranda to show cause why she should not be required to pay the United States' attorneys fees in making this Motion, pursuant to Rule 37 of the Federal Rules of Civil Procedure. A reasonable attorney's fee is $500.00 for the efforts to obtain responses to the postjudgment discovery, the preparation of the Motion to Compel, the preparation of the present Motion, and attending any hearing on this Motion.

5. The United States also requests that the court order Miranda to show cause why Miranda did not comply with this Court's order and why she should not be held in contempt of court.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on counsel for defendant (or defendant if not represented by counsel) in accordance with the Federal Rules of Civil Procedure on this _____ day of _____ 2004.

_____