## BENNETT, WESTON & LaJONE, P.C.
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
(214) 691-1776, Ext. 262
FAX: (214) 373-6810

August 26, 2004

Maria Lisa Miranda
502 Edmonton Ct.
Brownsville, TX 78520-6811
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
NO. 7101759404500002196
**AND REGULAR MAIL**

Re:   United States of America v. Maria Lisa Miranda, Civil Action No. B-00-195

Enclosed is an order from United States District Judge Lynn Hughes compelling you to respond to the post-judgment discovery previously served upon you and awarding our firm attorney's fees. You are required to obey with Judge Hughes' order in all respects.

**This is a very serious matter.** You can be held in contempt of court if you to do not obey Judge Hughes' order. **CONTACT YOUR ATTORNEY IF YOU HAVE ANY QUESTIONS.**

Yours very truly,

**COPY**

J. MICHAEL WESTON

TO: Maria Miranda
502 Edmonton Ct.
Brownsville, TX 785206811

SENDER: clb

REFERENCE

Certified Article Number
7101 7596 0450 0000 2195
SENDERS RECORD

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| Postage | | $0.37 |
| Certified Fee | | $2.30 |
| Return Receipt Fee | | $1.75 |
| Restricted Delivery | | $0.00 |
| Total Postage & Fees | | $4.42 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

Γ DEBTS FOR CLIENTS.
MPT TO COLLECT A DEBT.
ED WILL BE USED FOR THAT PURPOSE.

EXHIBIT 1

14

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 25 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-00-195 |
| MARIA LISA MIRANDA | § | |

United States District Court
Southern District of Texas
ENTERED

AUG 25 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER COMPELLING DISCOVERY RESPONSES

Maria Lisa Miranda is hereby ORDERED to fully respond to the interrogatories and requests for production served upon her by the United States of America by October 31, 2004. Failure to comply with this order may result in sanctions or other penalties.

IT IS SO ORDERED.

DONE in Brownsville, Texas, this 25th of August 2004.

_____
Felix Recio
United States Magistrate Judge

EXHIBIT 1