UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-00-195 |
| Maria Lisa Miranda | § | |

**Certificate of Conference**

The undersigned certifies that his office has made good faith attempts to confer with Maria Lisa Miranda, also known as Maria Lisa Bonacorsi, to obtain the discovery responses without court action. However, the undersigned's office has been unsuccessful in obtaining the discovery responses from Maria Lisa Miranda. A representative of the office called Maria Lisa Miranda, but was unable to leave a message on September 16, 2004, October 20, 2004, October 26, 2004, November 2, 2004, and November 12, 2004. Maria Lisa Miranda has not responded to the discovery.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America