UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-00-195 |
| Maria Lisa Miranda | § | |

**Order to Show Cause**

Maria Lisa Miranda, also known as Maria Lisa Bonacorsi, must appear to show cause why Maria Lisa Miranda, also known as Maria Lisa Bonacorsi, should not be held in contempt for failing to comply with the court's order of August 25, 2004.

Maria Lisa Miranda must also appear to show cause why Maria Lisa Miranda should not pay the United States' attorney's fees.

The hearing is set:

Date: _____, 2004.

Time: _____ ___. M.

Place:

United States Courthouse

600 E. Harrison Street, Suite ____

Brownsville, TX 78520

Signed _____, 2004, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge