United States District Court
Southern District of Texas
FILED

JAN 06 2005

Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-00-195 |
| Maria Lisa Miranda | § § | |

### Order to Show Cause

Maria Lisa Miranda, also known as Maria Lisa Bonacorsi, must appear to show cause why Maria Lisa Miranda, also known as Maria Lisa Bonacorsi, should not be held in contempt for failing to comply with the court's order of August 25, 2004.

Maria Lisa Miranda must also appear to show cause why Maria Lisa Miranda should not pay the United States' attorney's fees.

The hearing is set:

Date: __January 26__, 2005.

Time: __2:00__ __P__. M.

Place:

United States Courthouse

600 E. Harrison Street, **Courtroom No. 1**

Brownsville, TX 78520

Signed __January 6__, 2005, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge