UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

JAN 2 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B00-195 |
| | § | |
| MARIA MIRANDA | § | |

### ORDER CANCELLING HEARING

As requested by the Plaintiff, the show cause hearing set for January 26, 2005, in the above-captioned cause of action, is hereby **CANCELLED**.

SIGNED this 25th day of January 2005, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge