# BENNETT, WESTON & LaJONE, P.C.

### Attorneys and Counselors At Law
### 1750 Valley View Lane, Suite 120
### Dallas, Texas 75234

Diana S. Bradley, Ext. 299                                          (214) 691-1776
dbradley@bennettweston.com                                    FAX: (214) 373-6810

                              January 25, 2005

Via Fax (956)548-2630
U.S. District Clerk
Brownsville Division
600 E. Harrison St., Room 101
Brownsville, TX. 78520-7114

Attn: Judge Recio's Chambers

            RE:    United States of America vs. Maria Miranda; B-00-195

Dear Lydia:

        Please pass the show cause hearing for tomorrow, January 26, 2005 at 2:00 p.m. The
defendant has not been served. Attempts from private process server is as follows:

01/12/2005 6:10 PM
502 Edmonton Ct. Brownsville TX 78520
THIS PERSON DOES RESIDE AT THIS ADDRESS BUT IS NOT HOME AT THIS TIME, LEFT DELIV-
ERY NOTICE WITH HUSBAND FRED 01/14/2005 10:40 AM
502 Edmonton Ct. Brownsville TX 78520
NO RESPONSE AT DOOR, LEFT DELIVERY NOTICE. 01/15/2005 11:25 AM
502 Edmonton Ct. Brownsville TX 78520
NO RESPONSE AT DOOR, LEFT DELIVERY NOTICE. 01/15/2005 2:20 PM
502 Edmonton Ct. Brownsville TX 78520
NO RESPONSE AT DOOR, LEFT DELIVERY NOTICE. 01/19/2005 11:30 AM
502 Edmonton Ct. Brownsville TX 78520
NO RESPONSE AT DOOR, LEFT DELIVERY NOTICE, ONE VEHICLE IN DRIVEWAY LICENSE
N64BVB ALFRED BONACORSI AT ADDRESS 6/05. 01/19/2005 11:30 AM
502 Edmonton Ct. Brownsville TX 78520
THE SERVER GOT A CALL FROM THE SUBJECT AND THE SUBJECT SAID SHE WOULD MEET THE
SERVER AT PCP OFFICE BETWEEN 2:00 & 2:30PM THE FOLLOWING DAY ON 1/20/05. 01/20/2005
4:00 PM
502 Edmonton Ct. Brownsville TX 78520
MARIA LISA MIRANDA NEVER SHOWED UP AT THE PCP OFFICE ON 1/20/05, SERVER WAITED
FOR HER FROM 2PM TO 4 PM.

Thank you for your time. If you have further questions, please call.

Sincerely,

Diana S. Bradley
Assistant to J. Michael Weston